1  Clark J. Davis WSBA # 11635
   Mark J. Davis WSBA # 51262
2  Davis Law Office, PLLC
   7191 Wagner Way NW, Suite 202
3  Gig Harbor, WA 98335
   T: (253) 858-9423
4  E-Mail: cdavis@cjd-law.com
            mdavis@cjd-law.com
5
   Attorneys for Plaintiff Bornstein Seafoods, Inc.
6

7
                **UNITED STATES DISTRICT COURT**
8               **WESTERN DISTRICT OF WASHINGTON**

9

10 BORNSTEIN SEAFOODS INC., a Washington        No.  2:21-cv-00022-JLR
   Corporation
11                                              **ORDER EXTENDING DEADLINE**
                     Plaintiff,                 **FOR FILING STATUS REPORT**
12                                              **AND DISCOVERY PLAN**
           vs.
13
   CITY OF BELLINGHAM, a Washington
14 municipal corporation; PORT OF
   BELLINGHAM, a Washington municipal
15 corporation.
                     Defendants
16

17

18

19 Counsel for the Plaintiff Bornstein Seafoods and defendant City of Bellingham have

20 conferred and both parties agree and stipulate to the following stipulation and order:

21                               **STIPULATION**

22         Plaintiff and Defendant City of Bellingham having stipulated to an extension of time

23 for the current deadlines set by the court.  Specifically, the dates for a discovery conference,

24 filing a joint status report and discovery plan, and the date for initial disclosures required by

25 FRCP 26 from their current dates to the following:

26

**ORDER EXTENDING DEADLINE**                    DAVIS LAW OFFICE, PLLC
2:21-cv-00022-JLR - **1**                        7191 Wagner Way, Suite 202
                                                    Gig Harbor, WA  98335
                                                      (253) 858-9423

1

2      Discovery Conference pursuant to 26(f): April 23, 2021 (4/23/2021)

3      Initial disclosures pursuant to 26(a)(1): April 30, 2021 (4/30/2021)

4

5      Joint status report and discovery report pursuant to 26(f): April 30, 2021 (4/30/2021).

6

7

8                             **<u>ORDER</u>**

9      IT IS HEREBY ORDERED that the time to file a joint status report and discovery

10  plan as well as the date for initial disclosures be extended from the current dates to the

11  following:

12      Discovery Conference pursuant to 26(f): April 23, 2021 (4/23/2021)

13      Initial disclosures pursuant to 26(a)(1): April 30, 2021 (4/30/2021)

14

15      Joint status report and discovery report pursuant to 26(f): April 30, 2021 (4/30/2021).

16

17

18      DATED THIS 29th day of March, 2021

19

20      By: _____

21

22             Judge James L. Robart
             UNITED STATES DISTRICT JUDGE

23

24

25

26

**ORDER EXTENDING DEADLINE**
2:21-cv-00022-JLR **- 2**

DAVIS LAW OFFICE, PLLC
7191 Wagner Way, Suite 202
Gig Harbor, WA  98335
(253) 858-9423

1

2 DATED this 29th day of March 2021.

3 Presented by:

4 DAVIS LAW OFFICE, PLLC

5

6  /s/ Mark J. Davis_____
MARK J. DAVIS, WSBA #51262

7 mdavis@cjd-law.com

8 7191 Wagner Way, Suite 202
Gig Harbor, WA 98335

9 Attorneys for Plaintiff Bornstein Seafoods, Inc.

10

11 Approved as to form and content:

12 CASCADIA LAW GROUP

13

14  /s/ Stephen Tan (per authorization)
STEPHEN TAN, WSBA #

15 stan@cascadialaw.com

16 1201 Third Avenue, Suite 320
Seattle, WA 98101

17 Attorneys for Defendant City of Bellingham

18

19

20

21

22

23

24

25

26

**ORDER EXTENDING DEADLINE**
2:21-cv-00022-JLR **- 3**