UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORNSTEIN SEAFOODS, INC., | CASE NO. C21-0022JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Clerk is directed to reinstate Plaintiff Bornstein Seafoods, Inc.'s ("Bornstein") motion to compel (Dkt. # 42) and set its noting date on Wednesday, May 25, 2022. Defendant the Port of Bellingham shall file its response to Bornstein's motion to compel by Friday, May 20, 2022. Bornstein shall file its reply, if any, by Wednesday, May 25, 2022.

MINUTE ORDER - 1

The court will hold a discovery hearing via Zoom videoconference regarding Bornstein's motion to compel on Wednesday, June 1, 2022, at 2:00 p.m. Instructions for signing in to the videoconference will be sent to counsel by email.

Filed and entered this 16th day of May, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2