1

2

3

4

5

6

7                                               THE HONORABLE JAMES L. ROBART

8                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10

11   BORNSTEIN SEAFOODS, INC. a              No. 2:21-cv-00022-JLR
     Washington Corporation,
                          Plaintiff,         [~~PROPOSED~~] ORDER GRANTING
12                                           STIPULATED MOTION FOR
          v.                                 EXTENSION
13
     CITY OF BELLINGHAM, a Washington
14   Municipal Corporation, et al.,          [CLERK'S ACTION REQUIRED]
                          Defendants.
15

16

17          Pursuant to the Parties' stipulated motion:

18          IT IS HEREBY ORDERED that the time to file a Disclosure of expert testimony under

19   FRCP 26(a)(2) shall be extended from the current date to September 12, 2022.

20          ORDERED this 19th day of July, 2022.

21

22

23

24          _____
            THE HONORABLE JAMES L. ROBART
25          U.S. DISTRICT COURT JUDGE

26

*Order Granting Stipulated Motion for Extension -*          **CASCADIA LAW GROUP PLLC**
*(2:21-cv-00022-JLR)*                                        1201 Third Avenue, Suite 320 Seattle, WA 98101
                                                            Tel: (206) 292-6300 Fax: (206) 292-6301

1  Presented by:

2  CASCADIA LAW GROUP PLLC
   By    s/ Stephen Tan
3  _____
       Stephen Tan, WSBA No. 22756
4      Tanya Barnett, WSBA No. 17491
       Cascadia Law Group PLLC
5      1201 Third Avenue, Suite 320
       Seattle, WA 98101
6      Telephone:  (206) 292-6300
       Facsimile:   (206) 292-6301
7      Email:  stan@cascadialaw.com;
               tbarnett@cascadialaw.com
8

9  Attorneys for Defendant
   City of Bellingham
10

11 Approved as to form and content:

12 DAVIS LAW OFFICE, PLLC
   By    s/ Mark J. Davis
13 _____
       Mark J. Davis, WSBA #51262
14     Davis Law Office, PLLC
       7191 Wagner Way, Suite 202
15     Gig Harbor, WA 98335
       Telephone: (253) 858-9423
16     Email:  mdavis@cjd-law.com

17 Attorneys for Plaintiff Bornstein Seafoods, Inc.
   City of Bellingham
18

19 CHMELIK SITKIN & DAVIS, P.S.
     By    s/ Todd Egland
20 _____
       Seth A. Woolson
21     Holly M. Stafford
       T. Todd Egland
22     Chmelik Sitkin & Davis, P.S.
       1500 Railroad Avenue
23     Bellingham, WA 98229
       Telephone: (306) 671-1796
24     E-Mail:  swoolson@chmelik.com;
               hstafford@chmelik.com;
25             tegland@chmelik.com
   Attorneys for Defendant
26 Port of Bellingham

*Order Granting Stipulated Motion for Extension -*
*(2:21-cv-00022-JLR)*

CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320 Seattle, WA 98101
Tel: (206) 292-6300 Fax: (206) 292-6301