UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORNSTEIN SEAFOODS, INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF BELLINGHAM, et al.,<br><br>             Defendants. | CASE NO. C21-0022JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to continue the bench trial in this matter, which is currently set for February 6, 2023. (Stip. (Dkt. # 81); *see* Sched. Ord. (Dkt. # 26).) The parties jointly represent that they have been engaged in "serious, good faith negotiations" and that they "believe they have reached an agreement to settle this case." (Stip. at 2.) Because Defendants the City of Bellingham and the Port of Bellingham are municipal entities, however, any settlement agreement must be approved at public meetings. (*Id.*) To accommodate this process, which the parties anticipate will be lengthy, the parties ask the court to continue the trial date and remaining pretrial

ORDER - 1

deadlines until a date no earlier than October 2, 2023. (*Id.*) The parties also ask the court to extend the discovery deadline, which expired on October 11, 2022, to permit "limited additional discovery." (*Id.*; *see* Sched. Ord.) They do not, however, specify what additional discovery they seek or why that discovery is necessary, nor do they propose a new discovery deadline. (*See* Stip. at 2.)

The court issues scheduling orders setting trial and related dates to provide a reasonable schedule for the resolution of disputes. Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may only be modified for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Finding good cause, the court GRANTS the parties' request to continue the trial date and unexpired pretrial deadlines (Dkt. # 81) and resets the parties' bench trial on **October 30, 2023**. The court DIRECTS the Clerk to issue a revised case schedule that resets the unexpired pretrial deadlines based on that new trial date. Because the parties represent that they have reached an agreement to settle this case, the court further DIRECTS the Clerk to remove Plaintiff Bornstein Seafoods, Inc.'s ("Bornstein") motions for partial summary judgment (Dkt. ## 54, 56) from the court's motions calendar, without prejudice to Bornstein renewing its motions no later than July 13, 2023, if the parties are unable to perfect their settlement.

Because the parties have not explained why they need an extension of the discovery deadline, however, the court finds they have not established good cause to extend that deadline. Therefore, the court DENIES the parties' request to extend the discovery deadline at this time, without prejudice to the parties filing a motion or stipulation that explains their reasons for requesting that extension.

1   Dated this 20th day of December, 2022.

2

3   _____

4   JAMES L. ROBART
    United States District Judge

ORDER - 3