THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORNSTEIN SEAFOODS, INC. a Washington Corporation,<br>           Plaintiff,<br>v.<br>CITY OF BELLINGHAM, a Washington Municipal Corporation,<br>           Defendant. | No. 2:21-cv-00022-JLR<br><br>**[~~PROPOSED~~] ORDER DISMISSING CASE BETWEEN PLAINTIFF BORNSTEIN SEAFOODS AND CITY OF BELLINGHAM**<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to the Parties' stipulated motion:

IT IS HEREBY ORDERED that all claims made by Plaintiff Bornstein Seafoods Inc. against Defendant City of Bellingham as well as all claims made by Defendant City of Bellingham against Plaintiff Bornstein Seafoods Inc. are dismissed with prejudice.

ORDERED this 27th day of February, 2023.

*[signature]*
_____
THE HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

*Order Granting Stipulated Dismissal - (2:21-cv-00022-JLR)*

**DAVIS LAW OFFICE PLLC**
7191 Wagner Way, Suite 202 Gig Harbor, WA 98335
Tel: (253) 858-9423

Presented by:

DAVIS LAW OFFICE, PLLC
By      s/ *Mark J. Davis*
        Mark J. Davis, WSBA #51262
        Davis Law Office, PLLC
        7191 Wagner Way, Suite 202
        Gig Harbor, WA 98335
        Telephone: (253) 858-9423
        Email:  mdavis@cjd-law.com

Attorneys for Plaintiff Bornstein Seafoods, Inc.

Approved as to form and content:

CASCADIA LAW GROUP PLLC
By    s/ *Tanya Barnett*
        Stephen Tan, WSBA No. 22756
        Tanya Barnett, WSBA No. 17491
        Cascadia Law Group PLLC
        1201 Third Avenue, Suite 320
        Seattle, WA 98101
        Telephone:  (206) 292-6300
        Facsimile:  (206) 292-6301
        Email:  stan@cascadialaw.com;
                tbarnett@cascadialaw.com

Attorneys for Defendant
City of Bellingham