1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE

9

10   BORNSTEIN SEAFOODS, INC.,                    CASE NO. C21-0022JLR

11                          Plaintiff,            ORDER

                 v.
12

13   CITY OF BELLINGHAM, et al.,

                            Defendants.
14

15       Before the court is Plaintiff Bornstein Seafoods, Inc.'s ("Bornstein") unopposed

16   motion for approval of the good faith insurance settlements and contribution claim bar.

17   (Dkt. # 88).  Bornstein represents that it has served its motion and supporting documents

18   on all known interested parties, and that service of the motion and supporting documents

19   was complete by March 13, 2023.  (*See* Dkt. # 91-2 (listing known interested parties and

20   Bornstein's efforts at serving those parties); Dkt. # 92 (certificate of service); Dkt. ## 93,

21   94 (attaching certificates of service issued by the Washington Office of the Insurance

22

ORDER - 1

1   Commissioner).)  None of the known interested parties have appeared in this action or

2   responded to Bornstein's motion.  (*See generally* Dkt.)

3          The court has considered Bornstein's motion, all materials submitted in support of

4   the motion, the relevant portions of the record, and the governing law.  Being fully

5   advised, the court GRANTS Bornstein's motion for approval of the good faith

6   settlements and contribution claim bar (Dkt. # 88).

7          The court further FINDS, ORDERS, AND ADJUDGES:

8               1.   Bornstein's two insurance settlements (one with Arrowood Indemnity

9   Company as successor in interest to Royal Globe Insurance Company, Sea Insurance Co.,

10  Ltd., and Federal Insurance Company; and one with St. Paul Fire and Marine Insurance

11  Company) (collectively, "Bornstein Insurance Settlement Agreements"), are reasonable,

12  and were the result of arm's-length negotiations between parties represented by counsel.

13  Each of the two Bornstein Insurance Settlement Agreements is not collusive, inadequate,

14  or entered into for any other improper purpose;

15               2.   The non-settling insurers and all other parties are adequately protected

16  based on, among other things, the terms of the Bornstein Insurance Settlement

17  Agreements; and

18               3.   The court further ORDERS that any other claims against Arrowood

19  Indemnity Company as successor in interest to Royal Globe Insurance Company, Sea

20  Insurance Co., Ltd., Federal Insurance Company; and St. Paul Fire and Marine Insurance

21  Company for contribution, allocation, subrogation, and equitable indemnity and any other

22  cause of action in connection with the settled claims related to the I&J Waterway Site by

ORDER - 2

1  any other insurer or party are hereby BARRED.

2        Dated this 12th day of April, 2023.

3

4        _____

5        JAMES L. ROBART
         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3