UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORNSTEIN SEAFOODS, INC., | CASE NO. C21-0022JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS Plaintiff Bornstein Seafoods, Inc. and Defendant the Port of Bellingham to file a report regarding the current status of their settlement. (*See* Stip. Mot. (Dkt. # 81) (explaining that the parties' settlement agreement must be approved at a public meeting).) In their report, the parties shall address whether the court may vacate their October 30, 2023 trial date. (*See* 12/20/22 Sched. Ord. (Dkt. # 83).)

//

MINUTE ORDER - 1

1  The parties shall file their report by no later than **Tuesday, May 23, 2023**.

2  Filed and entered this 16th day of May, 2023.

                                                RAVI SUBRAMANIAN
                                                Clerk of Court

                                                s/ Ashleigh Drecktrah
                                                Deputy Clerk

MINUTE ORDER - 2