The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BORNSTEIN SEAFOODS, INC. a Washington Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BELLINGHAM, a Washington Municipal Corporation; and PORT OF BELLINGHAM a Washington Municipal Corporation,<br>,<br>　　　　　Defendants. | No. 2:21-cv-00022-JLR<br><br>**[PROPOSED] ORDER DISMISSING CASE BETWEEN PLAINTIFF BORNSTEIN SEAFOODS AND PORT OF BELLINGHAM**<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to the Parties' stipulated motion:

IT IS HEREBY ORDERED that all claims made by Plaintiff Bornstein Seafoods Inc. against Defendant Port of Bellingham as well as all claims made by Defendant Port of Bellingham against Plaintiff Bornstein Seafoods Inc. are dismissed with prejudice.

ORDERED this 19th day of July, 2023.

_[signature]_
_____
The Honorable James L. Robart
United States District Judge

*Order Granting Stipulated Dismissal - (2:21-cv-00022-JLR)*

**Davis Law Office PLLC**
7191 Wagner Way, Suite 202 Gig Harbor, WA 98335
Tel: (253) 858-9423

Presented by:

DAVIS LAW OFFICE, PLLC
By       s/ *Mark J. Davis*
         Mark J. Davis, WSBA #51262
         Davis Law Office, PLLC
         7191 Wagner Way, Suite 202
         Gig Harbor, WA 98335
         Telephone: (253) 858-9423
         Email: mdavis@cjd-law.com

Attorneys for Plaintiff Bornstein Seafoods, Inc.

Approved as to form and content:

CSD ATTORNEYS AT LAW P.S.
By    s/ *T. Todd Egland*
         Holly M. Stafford, WSBA No. 40674
         T. Todd Egland, WSBA No. 48788
         Sara B. Frase, WSBA No. 56922
         CSD ATTORNEYS AT LAW P.S.
         1500 Railroad Avenue
         Bellingham, WA 98225
         Telephone: (360) 671-1796
         Email: hstafford@csdlaw.com
                tegland@csdlaw.com
                sfrase@csdlaw.com

Attorneys for Defendant
Port of Bellingham